```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 43810
   MARK A SANCHEZ
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2395


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/04/05 and confirmed on 04/27/06.

   2.  The case was dismissed after confirmation, 02/29/2008.

   3.  The Debtor paid a total of $    4572.81 .

   4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
GREAT AMERICAN FINANCE   SECURED            1233.86          68.92         1233.86
CAPITAL ONE BANK         UNSECURED          1887.81            .00          183.91
GREAT AMERICAN FINANCE   UNSECURED          1180.63            .00          114.90
ILLINOIS BELL TELEPHONE  UNSECURED           516.50            .00           50.34
RESURGENT CAPITAL SERVIC UNSECURED          4164.44            .00          405.71
NATIONAL CITY MORTGAGE   CURRENT MORTG         .00             .00             .00
GREENWICH FINANCE        SECURED               .00             .00             .00
GREAT AMERICAN FINANCE   UNSECURED           197.38            .00           19.21
GREAT AMERICAN FINANCE   UNSECURED           330.80            .00           32.06
ECAST SETTLEMENT CORPORA UNSECURED          1109.23            .00          107.92
         Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1233.86         .00       9386.79        .00       10620.65
PRINCIPAL PAID      1233.86         .00        914.05        .00        2147.91
INTEREST PAID         68.92         .00           .00        .00          68.92
TOTAL PAID          1302.78         .00        914.05        .00        2216.83
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2200.00
and was paid $    2200.00 .

The Trustee received $     155.98 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 05/21/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                         PAGE  2
        CASE NO. 05 B 43810 MARK A SANCHEZ
```